**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. <u>22-MJ-8561-WM</u>

**UNITED STATES OF AMERICA**

**vs.**

**DANIEL CLARK,**

                Defendant.

<u>**CRIMINAL COVER SHEET**</u>

1.    1.    Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? _____ Yes    <u>  X  </u>  No

2.    Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    _____ Yes    <u>  X  </u>  No

                        Respectfully submitted,

                        JUAN ANTONIO GONZALEZ
                        UNITED STATES ATTORNEY

            By:    *Lara Treinis Gatz*
                        Lara Treinis Gatz
                        Assistant United States Attorney
                        Southern District of Florida
                        Court ID No. A5502857
                        500 S. Australian Avenue – 4th Floor
                        West Palm Beach, Florida 22401
                        lara.gatz@usdoj.gov
                        (561) 209-1069

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida ▾

| | |
|---|---|
| United States of America <br> v. <br><br> DANIEL CLARK, <br><br><br> _____ <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.
          22-MJ-8561-WM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 2021 and the present___ in the county of ___Palm Beach___ in the

___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 <br> 21 USC 841(a)(1) | Conspiracy to possess and distribution of fentanyl, cocaine and other <br> Schedule I, II, IV and V Controlled Substances |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

FILED BY _____ **SW** _____ D.C.

*Dec 5, 2022*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO BARRY O. KOPPLIN
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone-Facetime per FRCP 4.1.

Date: ___12/05/2022___

_____
*Judge's signature*

City and state: ___West Palm Beach, Florida___

WILLIAM MATTHEWMAN, USMJ
*Printed name and title*

LTG

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- against -

DANIEL CLARK,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF ARREST WARRANT

**Case No. 22-mj-8561-WM**

I, BARRY O. KOPPLIN, being duly sworn, deposes and states:

1.     I am a Task Force Officer with the United States Drug Enforcement Administration ("DEA").   In my current assignment I investigate all aspects of the importation, manufacture, and distribution of illegal drugs.

2.     The facts in this Affidavit come from my personal observations, training, experience, and information obtained from other law enforcement officers, witnesses, documents, and law enforcement databases.   Because this Affidavit is being submitted for the limited purpose of establishing probable cause in support of this criminal Complaint, it does not include all facts known to me or to other law enforcement officers regarding this investigation.

## PROBABLE CAUSE

3.     On or about September 22, 2022, a Task Force Officer (the "TFO") working with the United States Postal Inspection Service (USPIS) was conducting proactive law enforcement searches in a USPIS databases, and identified the address 5154 SW 88th Terrace, Gainesville, FL, 32608, (the "PREMISES"), as a location at which suspicious parcels were being received.   Indeed, the TFO reviewed information concerning fifty-five priority mail

1

parcels (collectively the "55 PARCELS") that were sent to the PREMISES between July 18, 2022, and September 22, 2022, addressed to the defendant DANIEL CLARK.

4.      Upon further investigation, the TFO learned that on June 30, 2021, agents with Homeland Security Investigations (HSI) intercepted an international parcel from India addressed to "Daniel Clark" at "118 North Ohio Avenue, Unit #120, Live Oak, FL, 32064 (the "INDIA PARCEL") which is a UPS Store location (the "UPS Store"). The INDIA PARCEL contained Carisoprodol (a schedule IV-controlled substance). Further investigation revealed that, prior to the June 30, 2021 seizure, an individual named DANIEL CLARK opened a UPS Box at the UPS Store utilizing Florida Driver's License # C462170801720 in the name DANIEL CLARK, which contained CLARK's picture. In total, between June 30, 2021 and July 26, 2021, law enforcement officers seized thirteen parcels addressed to CLARK at the UPS Store that contained controlled substances such as Carisoprodol (a schedule IV controlled substance), Pregabalin (a schedule V-controlled substance), Codamol (a schedule II-controlled substance), Rivotril (a schedule IV-controlled substance) and Tapentadol (a schedule II-controlled substance).

5.      A review of DAVID, the Florida motor vehicle driver's license database, reveals that currently, DANIEL CLARK, Florida Driver's License # C462170801720, lives at the PREMISES. Moreover, a comparison of the photograph on the DANIEL CLARK's Driver's License used to open the UPS Box, to the photograph of the DANIEL CLARK Driver's License in DAVID listing the home address of the PREMISES, revealed they are the same person.

6.      Thereafter, on October 25, 2022, law enforcement officers initiated surveillance at the PREMISES, and observed CLARK exit the PREMISES, enter the driver's seat of gray Honda Minivan and go to a United States Post Office located at 4600 SW 34th

2

Street, Gainesville, FL, 32608 (the "Gainesville Post Office").   At the Gainesville Post Office, CLARK was observed parking directly in front of a USPS blue bin and depositing a large number of USPS flat rate envelopes into the blue bin.   Almost immediately thereafter, law enforcement officers retrieved sixty-six USPS flat rate envelopes, sixty of which had a return address of "DIYHOME, 8860 La Terrazza Place, Jacksonville, FL, 32217" (OUTGOING PARCELS A-1 through A-60).   A review of the CLEAR database revealed no individual or company named DIYHOME was associated with the return address on OUTGOING PARCELS A-1 through A-60.

7.      Thereafter, on November 4, 2022, law enforcement officers made contact with Jane Doe, an individual in Boynton Beach, Florida to whom OUTGOING PARCEL A-1 was addressed.   Jane Doe signed a consent form authorizing law enforcement officers to open and search OUTGOING PARCEL A-1.   A subsequent search of OUTGOING PARCEL A-1 revealed 30 white rectangular pills, one of which tested positive for presence of cocaine.

8.      Then, on November 8, 2022, the Honorable Magistrate Judge Martin A. Fitzpatrick authorized the search of OUTGOING PARCELS A-2 through A-60, see 22-mj-286-MAF (the "Search Warrant").

9.      Thereafter, on November 14, 2022, pursuant to the Search Warrant, law enforcement officers opened OUTGOING PARCELS A-2 through A-60 and, within OUTGOING PARCELS A-2 through A-60, located the following substances: Fentanyl (735.3 grams), Cocaine (383.6 grams), Aspadol (96.2 grams), Benzodiazapine (45 grams), Modafinil (192.6 grams), Tapentadol (153.8 grams), and other pharmaceuticals (49.2 grams).   See Attachment A.

## **CONCLUSION**

10.     Based on the foregoing, I submit that there is probable cause to believe that the defendant DANIEL CLARK did knowingly and intentionally conspire to distribute, and possess with intent to distribute, one or more controlled substances, which offense involved Schedule I and Schedule II controlled substances including fentanyl, cocaine, and other controlled substances in violation of federal law.

FURTHER YOUR AFFIANT SAITH NAUGHT.

BARRY O. KOPPLIN
TASK FORCE OFFICER, DEA

Sworn and Attested to me by Applicant by Telephone-Facetime per FRCP 4.1.

William Matthewman                    December 5, 2022
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4

**ATTACHMENT A**

| PARCEL NUMBER | ADDRESSEE CITY | ADDRESSEE STATE | USPS PRIORITY MAIL NUMBER | DRUG TYPE |
|---|---|---|---|---|
| A-2 | PENSACOLA | FL | 9400111206223822710467 | COCAINE |
| A-3 | WILMINGTON | NC | 9400111206223822718319 | PHENTERMINE |
| A-4 | YORK | PA | 9400111206223822718241 | FENTANYL |
| A-5 | NEW YORK | NY | 9400111206223822897397 | TAPENTADOL |
| A-6 | ALBUQUERQUE | NM | 9400111206223822718401 | FENTANYL |
| A-7 | TOOELE | UT | 9400111206223822718333 | PHENTERMINE |
| A-8 | PASADENA | CA | 9400111206223822712393 | FENTANYL |
| A-9 | FORSYTH | MO | 9400111206223822710184 | COCAINE |
| A-10 | YORBA LINDA | CA | 9400111206223822897830 | MODAFINIL |
| A-11 | SPARTA | MI | 9400111206223822712218 | FENTANYL |
| A-12 | NORTH HALEDON | NJ | 9400111206223822715196 | FENTANYL |
| A-13 | ROCHESTER | NY | 9400111206223822712355 | FENTANYL |
| A-14 | ORLANDO | FL | 9400111206223822714090 | FENTANYL |
| A-15 | BROOKLYN | NY | 9400111206223822712324 | FENTANYL |
| A-16 | RESTON | VA | 9400111206223822710177 | COCAINE |
| A-17 | VAN BUREN TWP | MI | 9400111206223822712164 | FENTANYL |
| A-18 | DELTA | OH | 9400111206223822710092 | COCAINE |
| A-19 | HAIKU | HI | 9400111206223822718036 | COCAINE |
| A-20 | SPOKANE | WA | 9400111206223822715158 | FENTANYL |
| A-21 | HOUSTON | TX | 9400111206223822715066 | FENTANYL |
| A-22 | ROHNERT PARK | CA | 9400111206223822715035 | FENTANYL |
| A-23 | SAN DIEGO | CA | 9400111206223822715509 | FENTANYL |
| A-24 | KITTERY | ME | 9400111206223822710566 | FENTANYL |
| A-25 | LEOMA | TN | 9400111206223822710504 | FENTANYL |
| A-26 | CARROLLTON | TX | 9400111206223822715356 | FENTANYL |
| A-27 | LANCASTER | CA | 9400111206223822714472 | MODAFINIL |
| A-28 | COPPELL | TX | 9400111206223822715769 | TAPENTADOL |
| A-29 | GREAT FALLS | MT | 9400111206223822710368 | COCAINE |
| A-30 | LOS ANGELES | CA | 9400111206223822710573 | FENTANYL |
| A-31 | MORENO VALLEY | CA | 9400111206223822712676 | FENTANYL |
| A-32 | BROOKS | GA | 9400111206223822715981 | FENTANYL |
| A-33 | TACOMA | WA | 9400111206223822715394 | FENTANYL |
| A-34 | HARRISBURG | PA | 9400111206223822710535 | FENTANYL |
| A-35 | BEAVERTON | OR | 9400111206223822715967 | MODAFINIL |
| A-36 | COLUMBUS | NJ | 9400111206223822712416 | TAPENTADOL |

**ATTACHMENT A**

| PARCEL NUMBER | ADDRESSEE CITY | ADDRESSEE STATE | USPS PRIORITY MAIL NUMBER | DRUG TYPE |
|---|---|---|---|---|
| A-38 | PORTSMOUTH | VA | 9400111206223822710344 | COCAINE |
| A-39 | AMES | IA | 9400111206223822718722 | FENTANYL |
| A-40 | LOOMIS | CA | 9400111206223822715226 | MODAFINIL |
| A-41 | BROOKLYN | NY | 9400111206223822718869 | FENTANYL |
| A-42 | WAYNE | PA | 9400111206223822718258 | FENTANYL |
| A-43 | PANAMA CITY BEACH | FL | 9400111206223822718838 | FENTANYL |
| A-44 | PASADENA | CA | 9400111206223822712058 | TAPENTADOL |
| A-45 | RUSSELL SPRINGS | KY | 9400111206223822715646 | FENTANYL |
| A-46 | SAN ANTONIO | TX | 9400111206223822898998 | TAPENTADOL |
| A-47 | WENTZVILLE | MO | 9400111206223822712874 | BENZODIAZAPINE |
| A-48 | CAVE CREEK | AZ | 9400111206223822718678 | FENTANYL |
| A-49 | WILMINGTON | NC | 9400111206223822718197 | FENTANYL |
| A-50 | REXFORD | NY | 9400111206223822718326 | COCAINE |
| A-51 | RIVER OAKS | TX | 9400111206223822715400 | FENTANYL |
| A-52 | KITTERY | ME | 9400111206223822710979 | MODAFINIL |
| A-53 | BRENTWOOD | CA | 9400111206223822718647 | FENTANYL |
| A-54 | ENCINITAS | CA | 9400111206223822715905 | FENTANYL |
| A-55 | SOUTH JORDAN | UT | 9400111206223822715479 | FENTANYL |
| A-56 | SOMERVILLE | MA | 9400111206223822718913 | FENTANYL |
| A-57 | HUFFMAN | TX | 9400111206223822718043 | FENTANYL |
| A-58 | LOS GATOS | CA | 9400111206223822718937 | FENTANYL |
| A-59 | MIDDLETON | ID | 9400111206223822715653 | FENTANYL |
| A-60 | YORBA LINDA | CA | 9400111206223822714588 | MODAFINIL |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **DANIEL CLARK**

**Docket No:**   **22-MJ-8561-WM**

**Charge:**   **TITLE 21, U.S.C., SECTIONS 846 & 841(a)(1)**

**Conspiracy to Possess and Distribute Controlled Substances**

**\*Max. Penalty:**   **20 Years' Incarceration, 5 years Supervised Release**
**$100 Special Assessment**

**\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**