UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80208-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DANIEL CLARK**,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 36]. On April 26, 2023, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 34] during which Defendant pled guilty to the sole count of the Superseding Information [ECF No. 30] pursuant to a written plea agreement and factual proffer [ECF No. 35]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole count of the Superseding Information, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of that offense [ECF No. 30]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 36] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Daniel Clark** as to the sole count of the Superseding Information is **ACCEPTED**.

CASE NO. 22-80208-CR-CANNON

3. Defendant **Daniel Clark** is adjudicated guilty of the sole count of the Superseding Information, which charges him with conspiracy to possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, or salts of its isomers, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) and 846 [ECF No. 30].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of May 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record